UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:07CR0295 HEA |
| | ) |
| JON REID, | ) |
| | ) |
| Defendant. | ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on Defendant's Motion to Suppress Statements to Law Enforcement Officers, [Doc. No. 33]. The Court referred this matter to United States Magistrate Judge David D. Noce for a report and recommendation pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was held on October 16, 2007 before Judge Noce. On November 15, 2007, Judge Noce issued his Report and Recommendation that the motion be denied. No objections to the report and recommendation have been filed.

After careful consideration, the Court will adopt and sustain the sound reasoning of Judge Noce as set forth in his November 15, 2007 Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Statements to Law Enforcement Officers, [Doc. No. 33], is denied.

Dated this 27th day of December, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE